Joseph A. Broderick, as Superintendent of Banks of the State of New York, Plaintiff, v. Max Aaron and Others, Defendants, Impleaded with Usher J. Schwartz, Appellant, and Guy W. Levy and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with

* Revd., 263 N. Y. 428.

ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.